AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and BAYERISCHE MOTOREN WERKE AG, a German Corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ARION EUTHENIA, LLC, a California Limited Liability Company; MARSONS ELECTRONICS CORP., a Suspended California Corporation; PAK TAO NG, an Individual a/k/a THOMAS NG; KATIE LAU, an Individual; and DOES 1-10, Inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:17-cv-04969-FMO (JEMx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  
Arion Euthenia, LLC  
c/o LegalZoom.com, Inc.  
101 N. Brand Blvd., 11th Floor  
Glendale, CA 91203  

Marsons Electronics Corp.  
c/o LegalZoom.com, Inc.  
101 N. Brand Blvd., 11th Floor  
Glendale, CA 91203  

Pak Tao Ng  
25 Rolling Hills Dr.  
Pomona, CA 91766  

Katie Lau  
25 Rolling Hills Dr.  
Pomona, CA 91766  

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNSON & PHAM, LLP  
Christopher D. Johnson  
Christopher Q. Pham  
Marcus F. Chaney  
6355 Topanga Canyon Boulevard, Suite 326  
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/07/2017

/s/ E. Liberato  
*Signature of Clerk or Deputy Clerk*