JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ARION EUTHENIA, LLC, et al.,<br><br>Defendants. | Case No: 2:17-cv-04969 FMO (JEMx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS ARION EUTHENIA, LLC AND PAK TAO NG A/K/A THOMAS NG AND DISMISSAL, WITH PREJUDICE**<br><br>**Hon. Fernando M. Olguin** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal ("Stipulation"), by and between Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively "Plaintiffs"), and Defendants Arion Euthenia, LLC and Pak Tao Ng a/k/a Thomas Ng (collectively "Defendants") filed concurrently herewith, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendants are hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a), from

engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

   i. copying, manufacturing, importing, exporting, purchasing, marketing, advertising for sale, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any unauthorized use of, any of BMW's trademarks, including but not limited to the BMW®, M®, MINI® and/or MINI COOPER® trademarks (collectively "BMW Trademarks"), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any BMW Trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

   ii. advertising or displaying images and/or photographs of non-genuine BMW products using the BMW®, M®, MINI® and/or MINI COOPER® marks;

   iii. using BMW Trademarks, including but not limited to the BMW®, M®, MINI® and MINI COOPER® trademarks in advertising to suggest that non-genuine BMW products being advertised are sponsored by, endorsed by, or are otherwise affiliated with BMW and/or advertising non-genuine BMW automotive parts using descriptions that imply that the products are genuine BMW products;

   iv. performing or allowing others employed by Defendants or under Defendants' control, to perform any act or thing which is likely to injure Plaintiffs, any BMW Trademarks, and/or BMW's business reputation or goodwill.

   vii. engaging in any acts of trademark infringement, false

designation of origin, dilution, unfair business practices under California law, or other act which would tend damage or injure Plaintiffs; and/or

   viii. using any Internet domain name or URL that includes any of the BMW Trademarks, including but not limited to the BMW®, M®, MINI® and MINI COOPER® trademarks.

 2. Defendants are ordered to deliver to Plaintiffs immediately for destruction all alleged infringing ghost shadow light products to the extent that any of these items are in Defendant's possession.

 3. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

 4. The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendants, and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Permanent Injunction against Defendants.

 5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants.

 6. **NO FEES AND COSTS.** Each party shall bear their own attorneys' fees and costs incurred in this matter.

 7. **DISMISSAL.** Upon entry of this Permanent Injunction against Defendants, the case shall be dismissed as to Defendants, with prejudice.

IT IS SO ORDERED, ADJUDICATED and DECREED this 25th day of September , 2017.

       _____/s/_____
       HON. FERNANDO M. OLGUIN
       District Court Judge of the United States
       Central District of California