**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARION EUTHENIA, llc, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV 17-4969 FMO (JEMx) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG and against defendant Marsons Electronics Corp. on plaintiffs' claim for trademark infringement.

2. Plaintiffs shall recover against defendant Marsons Electronics Corp. in the amount of $207,600, consisting of $200,000 in statutory damages, and $7,600 in attorney's fees.

3. Plaintiffs' remaining claims are **dismissed without prejudice**.

4. Defendant Marsons Electronics Corp. is permanently enjoined and restrained from directly or indirectly, or authorizing or assisting any third party to engage in:

   a. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making

any use of, any of plaintiffs' BMW®, M®, MINI®, and/or MINI COOPER® trademarks (collectively, "BMW Trademarks"), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any BMW Trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

b. any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure plaintiffs; and/or;

c. using any Internet domain name or website that includes any BMW Trademarks, including the BMW®, M®, MINI® and/or MINI COOPER® trademarks.

5. Plaintiffs shall serve defendant Marsons Electronics Corp. with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 23rd day of January, 2018.

/s/
Fernando M. Olguin
United States District Judge